**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LISA R. CHRIST,**

**Plaintiff,**

**v.**

**JAMES A. ANDERSON,**

**Defendant.**

**Case No. 24-CV-02615-SPM**

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the 60-Day Order entered on July 24, 2026, (Doc. 21), this matter is **DISMISSED with prejudice**.

**DATED: September 28, 2026**

**MONICA A. STUMP,**
**Clerk of Court**

By: ______________________
**JACKIE MUCKENSTURM**
**Deputy Clerk**

**APPROVED:** ______________________
**STEPHEN P. MCGLYNN**
**U.S. District Judge**